RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Aaron James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSHUA AARON JAMES,<br><br>       Defendants. | Case No. 2:23-cr-00150-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO COMPEL (ECF 76)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren M. Ibañez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Aaron James, that the deadline for Mr. James to file his reply to the Government's Response to Defense Motion to Compel Disclosure of Confidential Informants (ECF No. 76) currently due May 1, 2024 be extended to and including May 3, 2024.

The Stipulation is entered into for the following reasons:

1.     Defense counsel for Mr. James needs additional time to prepare and file a reply to the government's response to Mr. James' motion to compel.

2.     The parties agree to this short continuance.

This is the first stipulation to extend the reply deadline filed herein.

DATED this 1st day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Nisha Brooks-Whittington<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | /s/ Lauren M. Ibañez<br>By_____<br>LAUREN M. IBAÑEZ<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

_____
JAMES C. MAHAN
United States District Judge

DATED: May 20, 2024