RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Aaron James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA AARON JAMES,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00150-JCM-EJY-1<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO DISMISS COUNT FIVE OF THE SUPERSEDING INDICTMENT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Aaron James, that the reply to the Government's response to Motion to Dismiss Count Five of the Superseding Indictment currently due on September 19, 2024, be vacated and continued and reset for September 25, 2024.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to effectively and thoroughly research and respond to the government's arguments before filing a reply.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

This is the first request for an extension of time.

DATED this 19th day of September 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Lauren Ibanez*<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA AARON JAMES,<br><br>   Defendant. | Case No. 2:23-cr-00150-JCM-EJY-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the reply currently due on September 19, 2024, be filed and continued to September 25, 2024.

   DATED September 19, 2024.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE