**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA AARON JAMES<br><br>　　　　Defendant. | Case No. 2:23-cr-00150-JCM-EJY<br><br>ORDER |

　　　IT IS HEREBY ORDERED that the Stipulation to Continue Evidentiary Hearing (ECF No. 147) is GRANTED.

　　　IT IS FURTHER ORDERED that the evidentiary hearing currently scheduled for June 18, 2025, at the hour of 10:00 a.m., is vacated and continued to July 16, 2025 at the hour of 10:00 a.m. in Courtroom 3D.

　　　DATED this 4th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE