UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff(s),<br><br>   v.<br><br>JOSHUA AARON JAMES,<br><br>   Defendant(s). | Case No.2:23-CR-150 JCM (EJY)<br><br>ORDER |

    Presently before the court is the defendant's motion for leave to file under seal. (ECF No. 159). The defendant filed objections to the magistrate judge's order denying the defendant's motion to exclude government witness and exhibit A. (*See* ECF No. 160). He seeks to seal the objections because they contain sensitive information, including the identities of confidential informants.

    Good causing appearing, the court GRANTS the defendant's motion to file the objections under seal.

    DATED October 10, 2025.

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE