UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA AARON JAMES,<br><br>Defendant. | Case No. 2:23-cr-00150-JCM-EJY<br><br>**ORDER** |

On October 10, 2025, the Court affirmed the undersigned's Order denying Defendant's Motion to Exclude Government Witness. ECF No. 166. The Court further ordered the stay placed on appointment of CJA counsel lifted. ECF No. 166 at 4.

Accordingly, IT IS HEREBY ORDERED that the stay in this case is lifted.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact the Federal Public Defenders Office to make all necessary arrangements to transfer the files and information to new counsel.

Dated this 28th day of October, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1