**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JOSHUA AARON JAMES,

                Defendant.

Case No.: 2:23-CR-150-APG-EJY

**ORDER**

**FINDINGS OF FACTS**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government requests additional time to respond to Defendant's Motion to Compel filed on April 14, 2026.

2. Counsel for the Government participated in a training from April 21-23, and was out of the office on medical leave on April 15. Counsel for the Government is requesting additional time to thoroughly respond to the issues raised in Defense's Motion to Compel.

3. The parties agree that it is in the interest of justice to ensure that the issues raised in Defendant's motion are fully briefed to the Court.

4. The parties agree to the continuance and Defendant Joshua Aaron James is in custody.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the first stipulation to be filed herein.

///

///

3

**ORDER**

IT IS HEREBY ORDERED that the First Stipulation for Extension of Time (ECF No. 183) is GRANTED.

IT IS FURTHER ORDERED, that the Government herein shall have to and including May 12, 2026, to file any and all Responses to Defendant's Motion to Compel filed on April 14, 2026.

IT IS FURTHER ORDERED that any replies to the Response shall be filed on May 19, 2026.

DATED this ___4th___ day of May, 2026

Hon. Elayna J. Youchah
United States Magistrate Judge

2