JACQUELINE M. TIRINNANZI, ESQ.
Nevada Bar Number 13266
6675 S. Tenaya Way, Suite 200
Las Vegas, NV 89113
Phone: (728) 777-2785
Email: jfjtlaw@gmail.com
*Attorney for Defendant Joshua Aaron James*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOSHUA AARON JAMES,

        Defendant.

**Stipulation to Continue Defendant Joshua Aaron James's Reply to the Renewed Motion to Compel [ECF No. 179]**

Case No. 2:23-cr-150-APG-EJY

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, Esq., counsel for defendant Joshua Aaron James, and Melinda Brewer, Assistant United States Attorney, that the due date for James's reply to the Renewed Motion to Compel ("Motion"), ECF No. 179, currently due on May 19, 2026, be extended to May 26, 2026.

This Stipulation is entered into for the following reasons:

1.      Defense counsel is currently out of town on business travel, and would not return until two days before the reply is due.

2.      After reviewing Government's response to the Motion, defense counsel recognized that the reply would need to be substantial in order to adequately address Government's arguments in its response, therefore additional time is needed to draft the reply.

3.      The parties previously stipulated to a two-week continuance of Government's response to the Motion, to allow it to fully and adequately respond to the Motion.

4.    The parties agree that it is in the interest of justice to ensure that the issues raised in the Motion are fully briefed to the Court.

5.    Defendant Joshua James is in custody and agrees to the continuance.

6.    The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

Dated: May 15, 2026.

/s/ Jacqueline M. Tirinnanzi
JACQUELINE M. TIRINNANZI, ESQ.
Counsel for Defendant Joshua Aaron James

MELINDA BREWER
Assistant United States Attorney
Counsel for the Government

IT IS SO ORDERED this 16th day of May, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGER

2