TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA AARON JAMES,

Defendant.

Case No. 2:23-cr-150-APG-EJY

**First Stipulation to Continue Government's Deadline to Respond to Defendant's Objection to Magistrate Judge's Denial of His Renewed Motion to Compel Under Federal Rule of Criminal Procedure 59(a) [ECF No. 218]**

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, Esq., counsel for defendant Joshua Aaron James, and Melinda Brewer, Assistant United States Attorney, that the deadline for the government's response to James's objection to magistrate judge's denial of James's Amended Motion to Compel, ECF No. 206, currently due on August 20, 2026, be extended to September 4, 2026.

This Stipulation is entered into for the following reasons:

1. On June 25, 2026, the magistrate judge entered an order denying James's Renewed Motion to Compel. ECF No. 206.

2. The parties stipulated to two extensions of James' deadline to object to the Magistrates' denial of his renewed motion under Federal Rule of Criminal Procedure 59(a).

3. James filed his objections to the magistrate judge's denial of his renewed motion on August 6, 2026. ECF No. 218.

4. Trial in this case is currently set for February 8, 2027.

5. Counsel for the government and needs additional time to prepare the response to James' objections. Counsel for the government represented the government in various hearings since James filed his objections. Additionally, counsel for the government will be traveling to Reno for an evidentiary hearing on August 27, 2026 and has been preparing witnesses for that hearing.

6. The parties agree that it is in the interest of justice to ensure that the issues raised in James' objection are fully repaired and briefed to the court.

7. Defendant Joshua James is in custody and agrees to the continuance.

8. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

9. This is the first stipulation to continue the deadline for government's response to James's objection to the magistrate judge's order. ECF No. 218.

Dated: August 19, 2026.

*/s/ Jacqueline M. Tirinnanzi*
JACQUELINE M. TIRINNANZI, ESQ.
*Counsel for Defendant Joshua Aaron James*

*/s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney
*Counsel for the Government*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSHUA AARON JAMES,<br>Defendant. | **ORDER**<br>Case No. 2:23-cr-150-APG-EJY |

**<u>FINDINGS OF FACTS</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On June 25, 2026, the magistrate judge entered an order denying James's Renewed Motion to Compel. ECF No. 206.

2. The parties stipulated to an extension of James' deadline to object to the Magistrates' denial of his renewed motion under Federal Rule of Criminal Procedure 59(a).

3. James filed his objections to the magistrate judge's denial of his renewed motion on August 6, 2026. ECF No. 218.

4. Trial in this case is currently set for February 8, 2027.

5. Counsel for the government and needs additional time to prepare the response to James' objections. Counsel for the government represented the government in various hearings since James filed his objections. Additionally, counsel for the government will be traveling to Reno for an evidentiary hearing on August 27, 2026 and has been preparing witnesses for that hearing.

6. The parties agree that it is in the interest of justice to ensure that the issues raised in James' objection are fully repaired and briefed to the court.

7. Defendant Joshua James is in custody and agrees to the continuance.

8. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

9. This is the first stipulation to continue the deadline for government's response to James's objection to the magistrate judge's order. ECF No. 218.

**ORDER**

IT IS THEREFORE ORDERED, that the government shall have until and including September 4, 2026, to file a response to James' objection to the magistrate judge's order denying his renewed motion to compel. ECF No. 218.

DATED this 19th day of August, 2026

Hon. Andrew P. Gordon
United States District Judge