**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JOSHUA AARON JAMES,<br><br>Defendant | Case No.: 2:23-cr-0150-APG-EJY<br><br>**Order Denying Objection to Magistrate Judge Order**<br><br>[ECF No. 218] |

Joshua James filed a renewed motion to compel disclosure of information related to a confidential informant. ECF No. 179. Magistrate Judge Youchah denied the motion. ECF No. 206. James filed an objection. ECF No. 218.[1] Having reviewed the relevant papers, I find that Judge Youchah's order is not "clearly erroneous or contrary to law." LR IB 3-1(a).

I THEREFORE ORDER that James' objection **(ECF No. 218) is denied** and Judge Youchah's order (ECF No. 206) is affirmed.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1] James also filed a reply in support of his motion. ECF No. 222. When objecting to a Magistrate Judge's order, "[r]eplies will be allowed only with leave of the court." Local Rule IB 3-1(a). James did not obtain leave of court to file his reply. Nevertheless, out of an abundance of caution, I have considered his reply. James' counsel is advised to follow the Local Rules in the future.